NO.12-15-00081-CV

IN THE 12TH COURT OF APPEALS

TYLER. TEXAS 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 1 0 2015

TYLER TEXAS
PAM ESTES. CLERK

ROBERT L. ROBERTS

Pro Se

Appellant

Vs

Heather Dixon

Council

H. Black

2510 Lee St

Greenville Tx, 75401

Appellee

APPELLANTS MOTION FOR LEAVE TO FILE

LATE BRIEF.

DUE TO A COMMUNICATION ERROR THE FILING OF THE BRIEF

IN THIS CASE WAS DELAYED.

BECAUSE OF THE COMMUNICATION ERROR THE APPELLANT

REQUESTS LEAVE TO FILE THE BRIEF LATE

# CERTIFICATE OF SERVICE

The undersigned council certifies that this motion has been served on the following lead council for all parties to the trial court's order or judgment as follows

Robert L. Roberts
Pro se


Date served   9-08-2015

Manner served    US Mail

H Black

2510 Lee St

Greenville , TX 75701

Repesenting  Heather Dixon